**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| GWEN PAIN | § | |
|     Plaintiff | § | |
| v. | § | Civil Action No.: 5:23-cv-1019 |
| | § | |
| STATE FARM MUTUAL | § | |
| AUTOMOBILE INSURANCE | § | |
| COMPANY | § | |
|     Defendant | | |

**DEFENDANT STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY'S NOTICE OF REMOVAL**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Defendant State Farm Mutual Automobile Insurance Company ("State Farm") files this Notice of Removal pursuant to 28 U.S.C. § 1446(a) and respectfully shows the following:

*Procedural Background*

1. On July 7, 2023, Plaintiff filed her Original Petition against diverse Defendant State Farm Mutual Automobile Insurance Company ("State Farm"), styled Cause No. C2023-1223A; *Gwen Pain v. State Farm Mutual Automobile Insurance Company*; In the District Court 22nd Judicial Court, Comal County, Texas.

*Nature of the Suit*

2. This lawsuit involves claims for personal injuries arising out of an automobile accident which occurred on April 30, 2021. Plaintiff claims Blas Barrientos Jimenez, JT Trucking, and Jose A. Tovar were negligent in relation to the accident and also seeks UIM benefits under a policy issued by Defendant State Farm Mutual Automobile Insurance Company. Plaintiff seeks

actual damages including past and future pain, mental anguish, loss of income, costs, and reasonable and necessary attorney's fees. Plaintiff also asserts State Farm has committed bad faith.

### *Basis for Removal*

3. Removal is proper under 28 U.S.C. §1332 because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

4. There is complete diversity of citizenship between the parties. At the time State Farm was served with the citation on July 17, 2023, and as of the date of filing this Notice, State Farm was and is a citizen of Illinois. Defendant was incorporated under the laws of the State of Illinois, and its principal place of business is in Bloomington, Illinois. Accordingly, State Farm was and is considered an out-of-state citizen for diversity jurisdiction purposes.

5. Upon information and belief, Plaintiff is a citizen of Texas when she filed her Original Petition and continue to be a citizen of Texas.

6. Further, this Court has diversity jurisdiction over this matter because the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Plaintiff pleads in her Original Petition for the recovery of damages of more than $250,000.00 but no more than $1,000,000.00. In determining the amount in controversy, the court may consider "policy limits and potential attorney's fees, penalties, statutory damages, and punitive damages." Plaintiff has asserted a declaratory judgment act for uninsured/underinsured benefits. The uninsured/underinsured motorist ("UM/UIM") policy provides UM/UIM limits of $250,000.00 per person and $500,000.00 per accident. Thus, given the plain language of the Policy involved in Plaintiff's claim, the nature of Plaintiff's claims, and the types of damages sought, it is more likely than not that the amount in controversy exceeds the federal jurisdictional minimum of $75,000.00.

7. Based on the Policy's coverage limits and the damages alleged, it would be legally possible for Plaintiff to obtain a recovery of at least $75,000.00. This dispute exceeds the amount in controversy required for diversity jurisdiction pursuant to 28 U.S.C. §1332.

### *The Removal is Procedurally Correct*

8. Plaintiff filed suit against Defendant State Farm in state court on July 7, 2023. Defendant was served on July 17, 2023. Defendant filed its answer in state court on August 7, 2023.

9. Removal is timely pursuant to 28 U.S.C. § 1446(b) and (c) and *Thompson v. Deutsche Bank Nat. Trust Co.*, 775 F.3d 298 (5th Cir. 2014). In *Thompson*, the Fifth Circuit held that a defendant's right to removal under 28 U.S.C. § 1446(b) and (c) runs from the date it is formally served with process. Here, State Farm was served on July 17, 2023.

10. Venue is proper in this district under 28 U.S.C. § 1446(a) because this district and division embrace the place in which the removed action has been pending and because a substantial part of the events giving rise to Plaintiff's claim allegedly occurred in this district.

11. Pursuant to 28 U.S.C. § 1446(a), all pleadings, process, orders, and all other filings in the state court action are attached to this notice.

12. Pursuant to 28 U.S.C. § 1446(d), promptly after Defendant State Farm files this Notice, written notice of filing of this Notice of Removal will be given to Plaintiff, the adverse party.

13. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice will be filed with the Clerk of the 22nd Judicial Court, Comal County, Texas, promptly after Defendant State Farm files this Notice.

WHEREFORE, Defendant State Farm Mutual Automobile Insurance Company requests that this action be removed from the 22nd Judicial Court, Comal County, Texas to the United States District Court for Western District of Texas, San Antonio Division, and that this Court enter such further orders as may be necessary and appropriate.

Respectfully submitted,

LINDOW STEPHENS SCHULTZ LLP

By: *(signature)*

Margaret Brown
State Bar No. 24092181
One Riverwalk Place
700 N. St. Mary's St., Suite 1700
San Antonio, Texas 78205
(210) 227-2200 (telephone)
(210) 227-4602 (facsímile)
mbrown@lstlaw.com

*Counsel for Defendant State Farm Mutual Automobile Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Defendant State Farm Mutual Automobile Insurance Company's Notice of Removal was filed electronically with the United States District Court for the Western District of Texas, San Antonio Division, with notice of case activity to be generated and sent electronically by the Clerk of the Court with ECF notice being sent and a copy mailed *via certified mail* on this 16th day of August, 2023, addressed to those who do not receive notice from the Clerk of the Court.

Devon D. Dupuy
**LAW OFFICES OF THOMAS J. HENRY**
5711 University Heights Blvd #101
San Antonio, Texas 78249
ddupuy-svc@tjhlaw.com

_____
Margaret Brown