**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| GWEN PAIN<br>    Plaintiff | §<br>§ | |
| v. | §<br>§ | Civil Action No.: 5:23-cv-01019-XR |
| STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE<br>COMPANY<br>    Defendant | §<br>§<br>§<br>§ | |

## O R D E R

Considering the foregoing Rule 41(a) Stipulation of Partial Voluntary Dismissal,

IT IS ORDERED that the above-entitled cause is hereby dismissed with prejudice as to State Farm Mutual Automobile Insurance Company, with each party to bear their own costs.

IT IS FURTHER ORDERED that the above-entitled cause is hereby dismissed with prejudice as to State Farm Mutual Automobile Insurance Company.

On this 29th day of April, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE